NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PFIZER INC., PHARMACIA & UPJOHN COMPANY, PHARMACIA & UPJOHN COMPANY LLC, SUGEN, INC., C.P. PHARMACEUTICALS INTERNATIONAL C.V., PFIZER PHARMACEUTICALS LLC, PF PRISM C.V.,**
*Plaintiffs-Appellees*

**v.**

**MYLAN PHARMACEUTICALS INC.,**
*Defendant-Appellant*

---

2015-1131

---

Appeal from the United States District Court for the District of Delaware in No. 1:10-cv-00528-GMS, Judge Gregory M. Sleet.

---

**JUDGMENT**

---

THOMAS H.L. SELBY, Williams & Connolly LLP, Washington, DC, argued for plaintiffs-appellees. Also represented by STANLEY E. FISHER, JESSAMYN SHELI BERNIKER, SARA KAISER CREIGHTON.

DOUGLAS H. CARSTEN, Wilson, Sonsini, Goodrich & Rosati, PC, San Diego, CA, argued for defendant-appellant. Also represented by PETER SOO KANG; KATHERINE HASPER, Palo Alto, CA; ROBERT DELAFIELD, Austin, TX.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 January 13, 2016                  /s/ Daniel E. O'Toole
        Date                       Daniel E. O'Toole
                                   Clerk of Court